PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE COLLEEN MORSE,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>    Defendant. | Case No.: 2:23-cv-00207-CKD<br><br>STIPULATION & ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; consider all pertinent issues *de novo*; further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in

favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. The Commissioner will conduct any necessary further proceedings and issue a new decision.

                                        Respectfully submitted,

Dated: September 14, 2023        /s/ Francesco P. Benavides   *
                                        (*as authorized via e-mail on 9/13/23)
                                        FRANCESCO P. BENAVIDES
                                        Attorney for Plaintiff

Dated: September 14, 2023       PHILLIP A. TALBERT
                                        United States Attorney

                         By:    /s/ Marcelo Illarmo
                                     MARCELO ILLARMO
                                     Special Assistant United States Attorney

                                        Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: September 14, 2023

                                                        _____
                                                        CAROLYN K. DELANEY
                                                        UNITED STATES MAGISTRATE JUDGE